# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:26-po-00002-NJK |
| Plaintiff, | |
| v. | **Order** |
| Adam Lonergan, | [Docket No. 6] |
| Defendants. | |

Pending before the Court is a motion to withdraw as Defendant's counsel. Docket No. 6. The Court hereby **SETS** that motion for a hearing on June 1, 2026, at 12:00 p.m., in Courtroom 3C. Defendant and his counsel must be present in person at the hearing.

IT IS SO ORDERED.

Dated: May 27, 2026

_____
Nancy J. Koppe
United States Magistrate Judge