**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No. 2:26-po-00002-NJK |
| Plaintiff, | |
| vs. | ORDER |
| Adam E. Lonergan, | (Docket No. 8) |
| Defendant. | |

On May 27, 2026, while represented by counsel, Defendant Adam Lonergan filed a *pro se* motion. Docket No. 8. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 8, is **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: May 29, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE