# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

          Plaintiff,

vs.

Adam E. Lonergan,

          Defendant.

Case No. 2:26-po-00002-NJK

ORDER

(Docket No. 12)

On June 2, 2026, while represented by counsel, Defendant Adam Lonergan filed a *pro se* motion.  Docket No. 12.  A party who is represented by counsel "cannot while so represented appear or act in the case."  LR IA 11-6(a).

Accordingly,

Defendant's *pro se* filing, Docket No. 12, is **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: June 3, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE