**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:26-po-00002-NJK |
| vs. | ORDER |
| Adam E. Lonergan, | (Docket No. 14) |
| Defendant. | |

On June 8, 2026, while represented by counsel, Defendant Adam Lonergan filed a *pro se* motion. Docket No. 14. A party who is represented by counsel "cannot while so represented appear or act in the case." LR IA 11-6(a).

This is the third time the Court has stricken a *pro se* motion filed by Defendant while represented by counsel. *See* Docket Nos. 9, 13. Defendant is cautioned that continued failure to abide by the Court's rules could result in sanctions.

Accordingly,

Defendant's *pro se* filing, Docket No. 14, is **STRICKEN** from the docket.

IT IS SO ORDERED.

DATED: June 9, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE